No. 93. SEABOARD AIR LINE RY. Co. *v.* JOHNSON.

Argued December 5, 1928. Decided December 10, 1928. *Per Curiam:* The Court finds that the writ of certiorari heretofore issued in this case was improvidently granted, and it is dismissed. *Mr. Robert E. Steiner, Jr.,* with whom *Messrs. Benjamin P. Crum* and *Leon Weil* were on the brief, for petitioner. *Mr. Richard T. Rives,* with whom *Mr. Wm. W. Hill* was on the brief, for respondent.

No. 95. NEW YORK, CHICAGO AND ST. LOUIS R. R. Co. *v.* GRANFELL.

Argued December 6, 1928. Decided December 10, 1928. *Per Curiam:* The Court finds that the writ of certiorari heretofore issued in this case was improvidently granted, and it is dismissed. *Mr. W. T. Kinder* for petitioner. *Mr. R. B. Newcomb* for respondent.